UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | MDL No. 24-3110 (JWB/DTS)<br><br>**ORDER AMENDING PRETRIAL ORDER NO. 4 AND AMENDING DEFENDANTS' STEERING COMMITTEE** |

Pursuant to the Joint Stipulation to Amend Pretrial Order No. 4, Regarding Appointments to Defendants' Steering Committee (Doc. No. 367),

**IT IS HEREBY ORDERED**:

1. Counsel for Cargill, Inc. (Mr. Kosta Stojilkovic of Wilkinson Stekloff LLP) is removed from the Defendants' Steering Committee's ("DSC");

2. Counsel for (1) Commodity Information, Inc. and Mr. Richard Wistisen (Mr. Christopher Plumlee of RMP LLP); (2) Louis Dreyfus Company LLC (Mr. Timothy Cameron of Cravath, Swaine & Moore LLP); and (3) U.S. Sugar Savannah Refinery, LLC (Mr. David C. Kully of Holland & Knight LLP) are appointed to the DSC;

3. In executing the above-referenced Joint Stipulation and as a result of their respective counsel being appointed to the DSC, Defendants Commodity Information, Inc., Mr. Richard Wistisen, Louis Dreyfus Company LLC, and U.S. Sugar Savannah Refinery, LLC have not waived, precluded or limited in any way, any and all of their defenses, rights (whether substantive or procedural), objections, positions or arguments in this litigation, all of which are preserved in full; and

4. To align the timing for the reapplication requirement set forth in Pretrial Order No. 4, the term of appointment for counsel named in paragraph 2 above will expire on October 30, 2025, along with the other PSC and DSC appointments. (*See* Doc. No. 256 at ¶ 7.)

Date: April 28, 2025

<u>s/ Jerry W. Blackwell</u><br>
JERRY W. BLACKWELL<br>
United States District Judge